UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14395-CIV-CANNON/Maynard

**ERIN LOZOTT**,

      Plaintiff,

v.

**RICHARD KNIGHT and
SOUTHERN AG CARRIERS, INC.**,

      Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon Defendant Southern AG Carriers, Inc.'s Motion to Prohibit and Preclude Plaintiff from Offering at Trial Any Expert Witnesses, Expert Testimony or Opinion Testimony (the "Motion") [ECF No. 94], filed on June 18, 2021. On July 29, 2021, Judge Maynard issued a Report and Recommendation ("R&R") recommending that the Motion be denied [ECF No. 112]. Defendant timely filed an Objection to the R&R [ECF No. 126].

The Court has conducted a *de novo* review of the R&R, Plaintiff's Objection, and the full record. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **DENIED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 112] is **ADOPTED**.

2. The Motion [ECF No. 94] is **DENIED**.

CASE NO. 20-14395-CIV-CANNON/Maynard

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 13th day of August 2021.

                                                                                            _____
                                                                                            **AILEEN M. CANNON**
                                                                                            **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record